[No. 2076-1.   Division One.   March 25, 1974.]

DONALD RAY HASSEBROEK, Appellant, v. THE DEPARTMENT OF MOTOR VEHICLES, Respondent.

Appeal from a judgment of the Superior Court for King County, No. 746188, Peter K. Steere, J., entered December

14, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.